United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOHN HARGETT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 4:22-CV-01851** |
| | § | |
| **PHILLIPS 66 COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

The Court has been notified that all matters in dispute and controversy between the Parties have been fully and finally compromised and settled.  Therefore,  the  Parties are **ORDERED** to file appropriate dismissal documents disposing of this action with this Court within thirty (30) days of the date of this Order.  Should the Parties fail to timely file such documents with this Court, they are **ORDERED** to appear before this Court to explain why they have failed to comply with this Order.

It is further **ORDERED** that all current settings are canceled, and all pending motions are denied without prejudice as moot by the settlement announced in this cause.

It is SO ORDERED.

Signed on May 29, 2026.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**